Circuit denied. *Mr. Hyman G. Stein* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts, Ernest A. Gross,* and *Owsley Vose,* and *Miss Ruth Weyand* for respondent.

No. 706. QUALITY & SERVICE LAUNDRY, INC. *v.* NATIONAL LABOR RELATIONS BOARD. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Louis A. Spiess* for petitioner. *Solicitor General Fahy* and *Messrs. Valentine Brookes, Robert B. Watts,* and *Ernest A. Gross,* and *Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

Nos. 714 and 715. PUERTO RICO *v.* UNITED STATES ET AL. March 15, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. William Cattron Rigby* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for respondents.

No. 719. MURRAY, AGENT, *v.* NOBLESVILLE MILLING Co. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Francis E. Thomason* for petitioner. *Messrs. Harvey J. Elam* and *Howard S. Young* for respondent.

No. 39. CHICAGO, TERRE HAUTE & SOUTHEASTERN RAILWAY CO. ET AL. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;
No. 47. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;